FILED

2024 APR -5 AM 8:54

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MJ 24-02006**

| | |
|---|---|
| United States of America <br> PLAINTIFF(S) <br> v. <br> Kevin Nicholas Yessen <br> DEFENDANT(S). | **CASE NUMBER** <br> M-24-280-SM <br><br> **DECLARATION RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **Sam Spencer**
in the **Western** District of **Oklahoma** on **04/04/2024**
at _____ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **March 27, 2024**
in violation of Title **21** U.S.C., Section(s) **841(a)(1)**
to wit: _____

A warrant for defendant's arrest was issued by: **Magistrate Suzanne Mitchell**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/04/2024**
Date

_____ (Signature)
Signature of Agent

**Jeron Tavai**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT